VENABLE LLP

750 E. PRATT STREET SUITE 900 BALTIMORE, MD 21202
T 410.244.7400 F 410.244.7742 www.Venable.com

**Direct Dial (410) 244-7434**
**hdfoley@venable.com**

November 10, 2026

**VIA ECF**
The Honorable Frederick J. Scullin, Jr.
United States District Court
for the Northern District of New York
James M. Hanley Federal Building and U.S. Courthouse
100 S. Clinton St.
Syracuse, New York 13261

Re: ***U.S. Bank Trust Company, National Association, as Trustee v. Cayuga Professional Center, LLC*, et al. 3:24-cv-00540-FJS/ML**

Dear Judge Scullin:

As a follow-up to the Parties' letter dated November 3, 2026 [Dkt. No. 66], and in accordance with the Court's Memorandum-Decision and Order entered on October 20, 2026 [Dkt. No. 65], as modified by that certain Text Order dated November 4, 2026 [Dkt. No. 67], please accept this as the joint letter on behalf of Plaintiff U.S. Bank Trust Company, National Association (as Successor-in-Interest to U.S. Bank, National Association), as Trustee, on behalf of the Registered Holders of Citigroup Commercial Mortgage Securities Inc., Commercial Mortgage Pass-Through Certificates, Series 2013-GC15 ("**Plaintiff**") and Defendants Cayuga Professional Center, Mack A. Travis and A. Frost Travis (collectively, "**Defendants**" and together with Plaintiff, the "**Parties**") with respect to the Court's appointment of a Referee to, among other things, calculate the amounts due to Plaintiff and oversee the foreclosure and sale of the subject property.

The Parties respectfully propose the following two (2) candidates to serve as Referee, each of which is included on the New York State Unified Court System Part 36 eligible fiduciary list for Tompkins County, New York:

1. **Chad Flansburg**. Mr. Flansburg graduated in 1998 from the Virginia Military Institute and received his JD from the Georgetown University Law Center in 2002. He is a partner with the Rochester office of Phillps Lytle LLP. His practice focuses on complex commercial litigation, and includes claims ranging from bond claims, owner defaults, contractor defaults and delay claims, to construction and surety disputes. Mr. Flansburg has served as a court-appointed referee in numerous foreclosure matters and currently serves as the court-appointed receiver in 24LIGNE, LLC v. AMERICAN CRAFT DISTILLERS LLC, New York State Supreme Court, County Monroe (Index No. E2026003898). Mr. Flansburg's hourly billing rate is $595.

2. **Gary H. Collison**. Mr. Collison has been admitted since 1994 and engaged in private practice since that time. He has experience in mortgage foreclosure actions, having acted as counsel for both plaintiffs and defendants, as well as serving as court-appointed referee.

VENABLE LLP



Mr. Collison's practice also involves other types of real property actions, such as partition, actions to determine competing claims under New York RPAPL Article 15, foreclosure of mechanics' liens, trespass and ejectment. Mr. Collison's hourly billing rate is $350.

To date, the Parties have been unable to identify a third mutually agreeable candidate who is free from conflicts and/or able to take-on the appointment. The Parties are, however, in agreement on the following two (2) additional candidates from the approved fiduciary list for Tompkins County, but await the results of their conflicts checks:

1. **Serenna L. McCloud**. Ms. McCloud founded the Law Office of Serenna L. McCloud, Esq., PLLC in Ithaca, and her practice areas include trusts and estates, as well as real estate. Her trusts and estates practice focuses on estate planning and administration, while her real estate practice centers of the purchase and sale of residential and commercial real property. She has also served as general counsel to small businesses, advising in all aspects of entity formation, employment issues, as well as contract negotiation and review.

2. **Liam G. B. Murphy**. Mr. Murphy is the Managing Member of Shaw & Murphy, PLLC. He holds an honors degree in economics from Brown University (1985) and a law degree from New York University (1988). Admitted in New York in 1989, Mr. Murphy practiced in large NYC law firms and in boutique litigation firms prior to settling in Ithaca in 1999. Defendants' counsel advised Plaintiff's counsel that their firm represents Mr. Murphy's firm in connection with certain legal matters, but Mr. Murphy has indicated that he does not view the relationship between the two law firms as a conflict that would prevent him from carrying out the duties of a court-appointed referee.

If needed, the Parties will supplement this letter once the results of the conflicts checks have been obtained.

As the Parties previously advised the Court, they have agreed to a 50/50 split of the Referee fees. A proposed form of Order Appointing Referee was also previously submitted to the Court [Dkt. No. 66-1]. Should the Court have any questions or need any additional information, counsel for the Parties will make themselves available for a video or telephone conference.

Respectfully submitted,

*/s/ Heather Deans Foley*

Heather Deans Foley

cc: Counsel of Record (*via ECF*)